| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Baudelio** _____ **Garcia, Jr.** | |
| | First Name   Middle Name   Last Name | |
| Debtor 2 (Spouse, if filing) | **Alicia** _____ **Garcia** | |
| | First Name   Middle Name   Last Name | |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** | |
| Case number (if known) | **17-70252** | |

Check if this is:

☑ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:
_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income            12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

   | | Debtor 1 | Debtor 2 or non-filing spouse |
   |---|---|---|
   | Employment status | ☑ Employed<br>☐ Not employed | ☑ Employed<br>☐ Not employed |
   | Occupation | **Owner** | **Owner** |
   | Employer's name | **Bo Garcia Cargo Transport** | **Bo Garcia Cargo Transport** |
   | Employer's address | **702 W. Anderson Rd**<br>Number  Street | **702 W. Anderson Rd**<br>Number  Street |
   | | **Donna**   **TX**   **78537**<br>City   State   Zip Code | **Donna**   **TX**   **78537**<br>City   State   Zip Code |
   | How long employed there? | **March 2015** | **since March 2015** |

## Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be.   2. | **$0.00** | **$0.00** |
| 3. | Estimate and list monthly overtime pay.   3. + | **$0.00** | **$0.00** |
| 4. | Calculate gross income. Add line 2 + line 3.   4. | **$0.00** | **$0.00** |

Debtor 1  **Baudelio Garcia, Jr.**
Debtor 2  **Alicia Garcia**                                                          Case number (if known) **17-70252**

|     |     |     | For Debtor 1 | For Debtor 2 or non-filing spouse |
| --- | --- | --- | --- | --- |
|     | Copy line 4 here ➔ | 4. | $0.00 | $0.00 |
| 5.  | List all payroll deductions: |     |     |     |
|     | 5a. Tax, Medicare, and Social Security deductions | 5a. | $0.00 | $0.00 |
|     | 5b. Mandatory contributions for retirement plans | 5b. | $0.00 | $0.00 |
|     | 5c. Voluntary contributions for retirement plans | 5c. | $0.00 | $0.00 |
|     | 5d. Required repayments of retirement fund loans | 5d. | $0.00 | $0.00 |
|     | 5e. Insurance | 5e. | $0.00 | $0.00 |
|     | 5f. Domestic support obligations | 5f. | $0.00 | $0.00 |
|     | 5g. Union dues | 5g. | $0.00 | $0.00 |
|     | 5h. Other deductions. Specify: _____ | 5h.+ | $0.00 | $0.00 |
| 6.  | **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h. | 6. | $0.00 | $0.00 |
| 7.  | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $0.00 | $0.00 |
| 8.  | List all other income regularly received: |     |     |     |
|     | 8a. Net income from rental property and from operating a business, profession, or farm | 8a. | $4,842.98 | $0.00 |
|     | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. |     |     |     |
|     | 8b. Interest and dividends | 8b. | $0.00 | $0.00 |
|     | 8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive | 8c. | $0.00 | $0.00 |
|     | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. |     |     |     |
|     | 8d. Unemployment compensation | 8d. | $0.00 | $0.00 |
|     | 8e. Social Security | 8e. | $0.00 | $0.00 |
|     | 8f. Other government assistance that you regularly receive |     |     |     |
|     | Include cash assistance and the value (if known) or any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. |     |     |     |
|     | Specify: _____ | 8f. | $0.00 | $0.00 |
|     | 8g. Pension or retirement income | 8g. | $0.00 | $0.00 |
|     | 8h. Other monthly income. Specify: _____ | 8h.+ | $0.00 | $0.00 |
| 9.  | **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. | 9. | $4,842.98 | $0.00 |
| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $4,842.98  +  $0.00  =  $4,842.98 |     |
| 11. | State all other regular contributions to the expenses that you list in Schedule J. Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives. |     |     |     |
|     | Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J. |     |     |     |
|     | Specify: _____ | 11.+ |     | $0.00 |
| 12. | **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies. | 12. |     | **$4,842.98** Combined monthly income |
| 13. | **Do you expect an increase or decrease within the year after you file this form?** |     |     |     |

☑ No.  **None.**
☐ Yes. Explain:

Official Form 106I                            Schedule I: Your Income                            page 2

| | | | |
|---|---|---|---|
| Debtor 1 | **Baudelio Garcia, Jr.** | | |
| Debtor 2 | **Alicia Garcia** | Case number (if known) | **17-70252** |

1. **Additional Employers**   **Debtor 1**                                                                **Debtor 2 or non-filing spouse**

   | | Debtor 1 | Debtor 2 or non-filing spouse |
   |---|---|---|
   | Occupation | **Real Estate Agen** | **Real Estate Agent** |
   | Employer's name | **Starr Realty** | **Starr Realty** |
   | Employer's address | **4734 S. Jackson** | **4734 S. Jackson** |
   | | **Edinburg**   **TX**   **78539** | **Edinburg**   **TX**   **78539** |
   | | City        State    Zip Code | City        State    Zip Code |
   | How long employed there? | **since Sept 2016** | **since August 2016** |

| | | |
|---|---|---|
| Debtor 1 | **Baudelio Garcia, Jr.** | |
| Debtor 2 | **Alicia Garcia** | Case number (if known) **17-70252** |

8a.  Attached Statement (Debtor 1)

## Bo Garcia Transport

**Gross Monthly Income:** $54,951.18

| Expense | Category | Amount |
|---|---|---:|
| Wages | wages | $35,158.41 |
| Telephone | Telephone | $100.00 |
| Prepass DOT Med | Prepass DOT Med | $505.99 |
| Fuel & Repairs | Fuel & repairs | $10,035.64 |
| ITIS Load Board | ITIS Load Board | $90.71 |
| Factor Fees & Bank Fees | Factor Fees & Bank Fees | $716.17 |
| Insurance | Insurance | $826.01 |
| PrePass, job material and job training | PrePass job material and | $772.64 |
| License Fees IFTA | License Fees IFTA | $207.66 |
| Payroll Taxes | Payroll Taxes | $540.89 |
| ITS Dat Software | ITS Dat Software | $119.03 |
| Misc Office expenses | Misc Office Expenses | $641.47 |
| Charge backs | Charge backs | $635.15 |
| Donations | Donations | $45.50 |
| Delivery Fees | Delivery Fees | $10.36 |

**Total Monthly Expenses** $50,405.63

**Net Monthly Income:** $4,545.55

| Debtor 1 | **Baudelio Garcia, Jr.** | | |
|---|---|---|---|
| Debtor 2 | **Alicia Garcia** | Case number (if known) | **17-70252** |

8a.  Attached Statement (Debtor 1)

## Real Estate

**Gross Monthly Income:**                                                                                                                $1,701.00

| Expense | Category | Amount |
|---|---|---|
| Real Estate Dues | Real Estate Dues | **$758.20** |
| continued education | Continued education | **$175.00** |
| gas | Gasoline | **$210.28** |
| Advertising | Advertising | **$260.09** |

**Total Monthly Expenses**                                                                                                                $1,403.57

**Net Monthly Income:**                                                                                                                    $297.43

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Baudelio** | | **Garcia, Jr.** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Alicia** | | **Garcia** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** | | |
| Case number (if known) | **17-70252** | | |

Check if this is:

☑ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses          12/15

Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach another sheet to this form.  On the top of any additional pages, write your name and case number (if known).  Answer every question.

## Part 1:   Describe Your Household

**1.   Is this a joint case?**

   ☐ No. Go to line 2.
   ☑ Yes. **Does Debtor 2 live in a separate household?**
       ☑ No
       ☐ Yes. Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

**2.   Do you have dependents?**   ☐ No
   Do not list Debtor 1 and Debtor 2.   ☑ Yes. Fill out this information for each dependent..................
   Do not state the dependents' names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **daughter-school** | **19 yrs** | ☐ No  ☑ Yes |
| **son** | **15 yrs** | ☐ No  ☑ Yes |
| **daughter** | **14 yrs** | ☐ No  ☑ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |

**3.   Do your expenses include expenses of people other than yourself and your dependents?**
   ☑ No
   ☐ Yes

## Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed.  If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form 106I.)

**Your expenses**

| | | |
|---|---|---|
| 4.  The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. | |
| **If not included in line 4:** | | |
| 4a.  Real estate taxes | 4a. | **$83.33** |
| 4b.  Property, homeowner's, or renter's insurance | 4b. | **$106.00** |
| 4c.  Home maintenance, repair, and upkeep expenses | 4c. | **$25.00** |
| 4d.  Homeowner's association or condominium dues | 4d. | |

| Debtor 1 | **Baudelio Garcia, Jr.** | | |
|---|---|---|---|
| Debtor 2 | **Alicia Garcia** | Case number (if known) | **17-70252** |

**Your expenses**

| | | | | |
|---|---|---|---|---|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | | 5. | |
| 6. | **Utilities:** | | | |
| | 6a. Electricity, heat, natural gas | | 6a. | **$199.00** |
| | 6b. Water, sewer, garbage collection | | 6b. | **$79.00** |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | | 6c. | **$125.00** |
| | 6d. Other. Specify: **cell phones** | | 6d. | **$309.00** |
| 7. | **Food and housekeeping supplies** | | 7. | **$600.00** |
| 8. | **Childcare and children's education costs** | | 8. | |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. | **$95.00** |
| 10. | **Personal care products and services** | | 10. | **$80.00** |
| 11. | **Medical and dental expenses** | | 11. | **$100.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. | **$300.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. | |
| 14. | **Charitable contributions and religious donations** | | 14. | **$20.00** |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. Life insurance | | 15a. | **$239.00** |
| | 15b. Health insurance | | 15b. | **$55.00** |
| | 15c. Vehicle insurance | | 15c. | **$377.00** |
| | 15d. Other insurance. Specify: | | 15d. | |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | | 16. | |
| 17. | **Installment or lease payments:** | | | |
| | 17a. Car payments for Vehicle 1 | | 17a. | |
| | 17b. Car payments for Vehicle 2 | | 17b. | |
| | 17c. Other. Specify: **Choir & band for childrene** | | 17c. | **$100.00** |
| | 17d. Other. Specify: | | 17d. | |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).** | | 18. | |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | | 19. | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.** | | | |
| | 20a. Mortgages on other property | | 20a. | |
| | 20b. Real estate taxes | | 20b. | |
| | 20c. Property, homeowner's, or renter's insurance | | 20c. | |
| | 20d. Maintenance, repair, and upkeep expenses | | 20d. | |
| | 20e. Homeowner's association or condominium dues | | 20e. | |

| | | |
|---|---|---|
| Debtor 1 | **Baudelio Garcia, Jr.** | |
| Debtor 2 | **Alicia Garcia** | Case number (if known)   **17-70252** |

| | | | | |
|---|---|---|---|---|
| 21. | Other.  Specify: **Emergency Savings Fund** | 21. | + | $75.00 |

**22. Calculate your monthly expenses.**

| | | | |
|---|---|---|---|
| 22a. | Add lines 4 through 21. | 22a. | $2,967.33 |
| 22b. | Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2. | 22b. | |
| 22c. | Add line 22a and 22b.  The result is your monthly expenses. | 22c. | $2,967.33 |

**23. Calculate your monthly net income.**

| | | | | |
|---|---|---|---|---|
| 23a. | Copy line 12 (your combined monthly income) from Schedule I. | 23a. | | $4,842.98 |
| 23b. | Copy your monthly expenses from line 22c above. | 23b. | – | $2,967.33 |
| 23c. | Subtract your monthly expenses from your monthly income.<br>The result is your monthly net income. | 23c. | | $1,875.65 |

**24. Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.
☑ Yes.  Explain here:
**Taxes and insurance are paid direct by debtors.**

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Baudelio** | **Garcia, Jr.** |
| | First Name     Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | **Alicia** | **Garcia** |
| | First Name     Middle Name | Last Name |
| United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS** | | |
| Case number (if known) | **17-70252** | |

☑ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules     12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X **/s/ Baudelio Garcia, Jr.**          X **/s/ Alicia Garcia**
Baudelio Garcia, Jr., Debtor 1            Alicia Garcia, Debtor 2

Date **07/12/2017**                       Date **07/12/2017**
MM / DD / YYYY                            MM / DD / YYYY

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

IN RE: **Baudelio Garcia, Jr.**
**Alicia Garcia**

CASE NO. **17-70252**

CHAPTER **13**

## Certificate of Service

I hereby certify that on July 12, 2017, a copy of the Amended Schedules I, J, Business Budget and Declaration of Schedules was served on the following parties on the date it was electronically filed. Service was accomplished by the method indicated below :

Date:   7/12/2017

/s/ Marcos D. Oliva
**Marcos D. Oliva**
Attorney for the Debtor(s)

Alicia Garcia
702 W. Anderson Rd
Donna, TX 78537

Citi
Po Box 6241
Sioux Falls, SD 57117

Credit Systems Intl In
1277 Country Club Ln
Fort Worth, TX 76112

Baudelio Garcia, Jr.
702 W. Anderson Rd
Donna, TX 78537

City Credit Union
7474 Ferguson Rd
Dallas, TX 75228

Dept Of Education/neln
121 S 13th St
Lincoln, NE 68508

Becket & Lee, LLP
PO Box 3001
Malvern, PA 19355

City Credit Union
7474 Ferguson Road
Dallas, TX 75228

Fleetone Factoring
613 Bakertown Rd
Antioch, TN 37013

Capital One Bank Usa N
15000 Capital One Dr
Richmond, VA 23238

Comenity Bank/vctrssec
Po Box 182789
Columbus, OH 43218

Hidalgo County Tax
c/o Diane W. Sanders
Linebarger Goggan Blair & Sampson LLP
P O Box 17428
Austin, TX 78760

Cavalry Portfolio Serv
Po Box 27288
Tempe, AZ 85285

Credit First N A
Pob 81315
Cleveland, OH 44181

Internal Revenue Service
300 E 8th St STOP 5026 AUS
Austin, Texas 78701

Cindy Boudloche
Chapter 13 Trustee
555 N. Carancahua, Ste 600
Corpus Christi, TX 78401

Credit One Bank Na
Po Box 98875
Las Vegas, NV 89193

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

IN RE: **Baudelio Garcia, Jr.**
**Alicia Garcia**

CASE NO. **17-70252**

CHAPTER **13**

## Certificate of Service

(Continuation Sheet #1)

Lacks Valley Stores Lt
1300 San Patricia Dr
Pharr, TX 78577

Syncb/amazon
Po Box 965015
Orlando, FL 32896

Td Bank Usa/targetcred
Po Box 673
Minneapolis, MN 55440

Marcos D. Oliva, PC
223 W. Nolana
McAllen, TX 78504

Syncb/jcp
Po Box 965007
Orlando, FL 32896

Tmobile
P.O. Box 37380
Albuquerque, NM 87176-7380

Midland Funding, LLC
PO Box 2011
Warren, MI 48090

Syncb/lowes
Po Box 956005
Orlando, FL 32896

Us Bk Rms Cc
Cb Disputes
Saint Louis, MO 63166

Navy Army Community Cu
Po Box 81349
Corpus Christi, TX 78468

Syncb/oldnavydc
Po Box 965005
Orlando, FL 32896

US Trustee
Office of the U.S. Trustee
606 N. Carancahua St., Ste. 1107
Corpus Christi, TX 78401

Paypal Credit
PO Box 5138
Timonium, MD 21094

Syncb/tjx Cos Dc
Po Box 965005
Orlando, FL 32896

Utility Trailers Sales SE Texas Inc
11411 Wallsville Rd
Houston, TX 77013

Southwest Credit Syste
4120 International Parkway
Carrollton, TX 75007

Syncb/walmart
Po Box 965024
Orlando, FL 32896

Wells Fargo Bank, N.A.
P.O. Box 1038
Des Moines, IA 50306-0438

Sunoco/citi
Po Box 6497
Sioux Falls, SD 57117

Td Auto Finance
Po Box 9223
Farmington Hills, MI 48333